UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNATHON REED** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 20-331-JWD-SDJ** |
| **ANDREW M. SAUL**<br>**COMMISSIONER OF SOCIAL SECURITY** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 14, 2022, (Doc. 15), to which no objection was filed;

**IT IS ORDERED** that the decision of the Commissioner is **REMANDED** for further consideration of all properly submitted evidence consistent with this recommendation.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 29, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**